**FILED**
June 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:11-mj-0156 KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ALEXANDER HUGHES, ) | |
| ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release ALEXANDER HUGHES; Case 2:11-mj-0156 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $50,000, co-signed by Kimberly and Thomas Hughes.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA  on   6/13/2011   at   2:40 p.m.   .

By _____
Kendall J. Newman
United States Magistrate Judge